"CONSENT TO SUE" FORM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN ALVAREZ a/k/a EDUARDO LOPEZ,
on behalf of himself, FLSA Collective Plaintiffs
and the Class,

               Plaintiff,

         -against-

SCHNIPPER RESTAURANTS LLC, et al.,

             Defendants.

Case No. 16 CV 5779

---

      By my signature below, I hereby authorize the filing and prosecution of the above stated Fair Labor Standards Act action in my name and on my behalf by the representative plaintiff Martin Alvarez as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation and all other matters pertaining to this lawsuit. I understand that I will be represented by Lee Litigation Group, PLLC without prepayment of costs or attorneys' fees. I understand that I will be bound by (i) any judgment of the Court, whether favorable to me or not, or (ii) any settlement of this action. I understand that if plaintiff is successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that my attorneys may petition the court for an award of fees and costs to be paid by defendants on my behalf.

Name: MAHBOOB U CHOWDHURY

Address: _____

City: _____ State: _____ Zip: _____

Telephone Number: _____ Social Security No.: _____

E-mail Address: _____

SIGNATURE: _mulla_        Date: 02/11/18