# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

MARTIN ALVAREZ, ET AL.,

                Plaintiffs,

-against-

SCHNIPPER RESTAURANTS LLC, ET AL.,

                Defendants.

**ORDER**

16 Civ. 5779 (ER)

RAMOS, D.J.:

    On March 5, 2018, the Court stayed this case pending mediation. Doc. 91. The parties then requested that the stay be extended until September 14, 2018. Doc. 97. That date has since passed. The Clerk of Court is respectfully directed to terminate the stay in this action.

    It is SO ORDERED.

Dated:    April 6, 2020
            New York, New York

                                            Edgardo Ramos, U.S.D.J.