UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN ALVAREZ, a/k/a
EDUARDO LOPEZ, *et al.*,

           Plaintiffs,

– *against* –

SHNIPPER RESTAURANTS LLC, *et al.*,

           Defendants.

**ORDER**

16 Civ. 5779 (ER)

RAMOS, D.J.:

      The Fairness Hearing currently scheduled for May 13, 2020 at 11:30 AM will take place telephonically. The parties are directed to call the Court at (877) 411-9748; access code 3029857. There are currently no objections to the settlement on the docket; however, to the extent these have been received by the Claims Administrator, Plaintiffs' counsel is directed to contact those who have filed objections and advise them of the change of venue and the call-in information by no later than May 12, 2020 at 6:00 PM.

      It is SO ORDERED.

Dated:    May 11, 2020
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.