UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN ALVAREZ, a/k/a
EDUARDO LOPEZ, *et al.*,

        Plaintiffs,

    – *against* –

SHNIPPER RESTAURANTS LLC, *et al.*,

        Defendants.

**ORDER**

16 Civ. 5779 (ER)

RAMOS, D.J.:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff's (i) Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, (ii) Unopposed Motion for Approval of Class Representative's Service Award, and (iii) Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, are conditionally granted, subject to the remaining $56,637.85 ("Settlement Payment Remainder") being paid on behalf of the above-captioned Defendants pursuant to the terms of the Addendum to Settlement Agreement and Release, dated May 11, 2020 at Dkt. 128-1 (the "Addendum").

2. Only upon confirmation by Plaintiff's Counsel of receipt by the Settlement Claims Administrator of the Settlement Payment Remainder, at which time all payments owed under the Settlement Agreement and Release, dated November 21, 2019 at Dkt. 112-2 (the "Settlement Agreement") will have been paid, shall this Order be deemed final.

3. The Court retains jurisdiction over this action for the purpose of enforcing (i) the

Settlement Agreement and Addendum.  The Parties shall abide by all terms of the Settlement Agreement and the Addendum, which are incorporated herein, and this Order.

It is SO ORDERED.

Dated:   May 15, 2020
         New York, New York

                                                EDGARDO RAMOS, U.S.D.J.